# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
### ACKNOWLEDGMENT OF HEARING NOTICE (SAN FRANCISCO)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 14-15603 |
| Case Title | C.M.D. v. Facebook, Inc. |

**assigned for hearing:**

| Date | 9-17-2015 | Time | 9:30 a.m. | Courtroom | 1 |
|---|---|---|---|---|---|

| Location | James R. Browning US Courthouse, 95 7th Street, San Francisco, California |
|---|---|

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| Name | Daniel B. Levin |
|---|---|

| Address | Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor |
|---|---|

| City | Los Angeles | State | CA | Zip Code | 90071 |
|---|---|---|---|---|---|

| Phone | (213) 683-9135 | Email Address | daniel.levin@mto.com |
|---|---|---|---|

| Party/parties represented | Facebook, Inc. |
|---|---|

| Special needs you may require in the courtroom | |
|---|---|

☛ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | s/Daniel B. Levin | Date | 8-11-2015 |
|---|---|---|---|

**Filing Instructions**

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 193939, San Francisco CA 94119
*Overnight:* James R. Browning U.S. Courthouse, 95 Seventh Street, San Francisco CA 94103
Phone: 415-355-8190